

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-14-00031-CV

**IN THE INTEREST OF A.C. AND AS.C.**, Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00160
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    Appellee's brief was originally due on March 17, 2014. On March 18, 2014, appellee filed its first request for an extension, asking for additional time until April 17, 2014.

    The request is GRANTED; and appellee's brief is due no later than April 17, 2014. However, because this is an accelerated appeal from an order terminating appellant's parental rights, no further extensions of time will be granted.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court